IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 08-01376-TUC-FRZ (JM) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| John V. Wigglesworth; and Nicole Lynn ) Thomas, ) | |
| Defendants. ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and the Local Rules of Practice of this Court for hearing and report and recommendation on Defendants' Motion to Suppress [Doc. #33; #36].

On April 28, 2009, Magistrate Judge Jacqueline Marshall conducted a hearing and on May 1, 2009 issued her Report and Recommendation [Doc. #47], recommending that this Court, after an independent review of the record, deny Defendants' Motion to Suppress. A copy was sent to all parties. Objections were filed by Defendants [Doc. #51; #52]. Plaintiff filed a Response to Defendants' Objections [Doc. #55]. Defendants filed a Reply to Plaintiff's Response [Doc. #56].

The Court, having made an independent review of the record herein, and having reviewed the Objections filed by the Defendants, orders as follows:

IT IS ORDERED that Defendants' Objections are DENIED;

1  IT IS FURTHER ORDERED that Magistrate Judge Marshall's Report and
2  Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and
3  conclusions of law in this matter;
4  IT IS FURTHER ORDERED that the Motion to Suppress is DENIED.

6  DATED this 28th day of May, 2009.

FRANK R. ZAPATA
United States District Judge